UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LOLA NEVERS | CIVIL ACTION |
| VERSUS | |
| STATE FARM FIRE AND CASUALTY COMPANY | NO. 23-00976-BAJ-SDJ |

## JUDGMENT

Considering Plaintiff's **Notice Of No Contact (Doc. 10)**, which details that Counsel for Plaintiff, despite diligent efforts, was unable to communicate with or locate Plaintiff,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITHOUT PREJUDICE**, pursuant to Local Rule 41(b)(A).

Baton Rouge, Louisiana, this 27th day of March, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA